**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


**MICHAEL HAYNES,**

     **Plaintiff,**

**vs.**                                 **CASE NOS. 1:08CV3-MP/AK;
1:08CV4-MP/AK;1:08CV11-
MP/AK**

**UNION CORRECTIONAL
INSTITUTION, et al,**

     **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed numerous cases against defendants in the Middle District of Florida which have all had to be transferred. See attached Cases List. Despite the Court's instructions, Plaintiff has filed four more cases (one of which is not assigned to the undersigned-Case No. 3:08cv09-LC/EMT) all against defendants at Union Correctional Institution. Because Union C. I. is located in the Middle District of Florida, as are the individual defendants (see Case No. 1:08cv11), the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought." A court may raise the issue of defective venue *sua sponte*, but should not dismiss an improperly

filed case for lack of venue without giving the parties an opportunity to respond.

Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257, 1259 (11th Cir. 1988).

The Lipofsky court did not place the same limitations on the court's ability to transfer a

case to the appropriate forum pursuant to 28 U.S.C. § 1404(a). *See* Lipofsky, 861 F.2d

at 1259, n. 2. Thus, it is recommended that the case be transferred rather than

dismissed. There is no need for a hearing on this transfer. *Cf.* Costlow v. Weeks, 790

F.2d 1486, 1488 (9th Cir. 1986) *with* Starnes v. McGuire, 512 F.2d 918, 934 (D.C. Cir.

1974).

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the

undersigned respectfully **RECOMMENDS** transfer of these actions to the United States

District Court for the Middle District of Florida, Jacksonville Division, for all further

proceedings. It is also **RECOMMENDED** that Plaintiff be barred from filing any further

lawsuits in this district unless the pleadings are first reviewed and leave to file granted

by this Court. Judicial resources are being wasted by his continued filing in the wrong

district.

**IN CHAMBERS** at Gainesville, Florida, this /_/ day of January, 2008.

**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and
recommendations within 15 days after being served with a copy of this report and
recommendation. A party may respond to another party's objections within 10 days after
being served with a copy thereof. Failure to file specific objections limits the scope of
review of proposed factual findings and recommendations.

**No. 1:08CV3-MP/AK; 1:08CV4; 1:08CV11**

# Select A Case

**This person is a party in 14 cases.**

| | | | |
|---|---|---|---|
| 1:07-cv-00068-MP-AK | HAYNES v. FLORIDA STATE PRISON et al | filed 04/23/07 | closed 06/20/07 |
| 1:07-cv-00072-MP-AK | HAYNES v. CARRASQUILLO | filed 04/26/07 | closed 06/20/07 |
| 1:07-cv-00073-MP-AK | HAYNES v. DEVERONICA | filed 04/26/07 | closed 06/20/07 |
| 1:07-cv-00075-MP-AK | HAYNES v. HANCOCK | filed 05/01/07 | closed 06/12/07 |
| 1:07-cv-00087-MP-AK | HAYNES V. UNION CORRECTIONAL INSTITUTION | filed 05/01/07 | closed 06/20/07 |
| 1:07-cv-00088-MP-AK | HAYNES v. NEW RIVER EAST UNIT et al | filed 05/04/07 | closed 06/20/07 |
| 1:07-cv-00093-MP-AK | HAYNES v. CHRISTORHER | filed 05/10/07 | closed 06/22/07 |
| 1:07-cv-00094-MP-AK | HAYNES v. FLORIDA STATE PRISON et al | filed 05/10/07 | closed 06/21/07 |
| 1:07-cv-00095-MP-AK | HAYNES v. FLORIDA STATE PRISON et al | filed 05/10/07 | closed 06/21/07 |
| 1:08-cv-00003-MP-AK | HAYNES v. UNION CORRECTIONAL INSTITUTION | filed 01/07/08 | |
| 1:08-cv-00004-MP-AK | HAYNES v. UNION CORRECTIONAL INSTITUTION | filed 01/07/08 | |

Case 1:08-cv-00011-MP-AK   Document 4   Filed 01/17/08   Page 4 of 4

1:08-cv-00011-
MP-AK                HAYNES v. U.C.I. SECRETARY                 filed 01/07/08

3:08-cv-00009-
LC-EMT               HAYNES v. JAMES E. DAVIS, ET AL            filed 01/07/08

4:06-cv-00185-
SPM-AK               HAYNES v. WARREN et al                     filed 04/12/06   closed 10/24/07