IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL HAYNES,

    Plaintiff,

v.                                      CASE NO. 1:08-cv-00011-MP-AK

U.C.I. SECRETARY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida. The Magistrate Judge filed the Report and Recommendation on Thursday, January 17, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

The Court agrees with the Magistrate that because the Defendant in located in the Middle District, and because there is no connection to the Northern District, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division. Therefore, having considered the Report and Recommendation, and the lack of objections, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 4, is adopted and incorporated by reference in this order.

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division.

3. Plaintiff is barred from filing any further lawsuits in the Northern District unless the pleadings are first reviewed and leave to file granted by this Court.

**DONE AND ORDERED** this   *19th* day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge